UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No.: 3:23-cv-160

| | |
|---|---|
| **CHRISTOPHER JOHN BILLESDON**, <br><br> Plaintiff, <br><br> v. <br><br> **WELLS FARGO SECURITIES, LLC,** <br><br> Defendant. | **PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Plaintiff Christopher Billesdon, by and through the undersigned counsel, and pursuant to Rule 56, moves for partial summary judgment as to liability only against Defendant Wells Fargo Securities, LLC for its failure to accommodate Mr. Billesdon's disability in violation of Title I of the Americans with Disabilities Act of 1990, as amended, ("ADA"), which is part of Count I of his Complaint. [Doc. No. 1]

For all the reasons provided in Plaintiff's Memorandum of Law and Appendix of Exhibits being filed simultaneously herewith in support of this Motion, Mr. Billesdon respectfully requests that the Court grants his Motion for Partial Summary Judgment on his failure to accommodate claim in violation of the ADA against Wells Fargo Securities, LLC.

Respectfully submitted this 19th day of January 2024.

<u>/s/ L. Michelle Gessner</u><br>
L. Michelle Gessner, NCSB#26590<br>
GESSNERLAW, PLLC<br>
602 East Morehead Street<br>
Charlotte, North Carolina 28202<br>
Tel: (704) 234-7442; Fax: (980) 206-0286<br>
Email: michelle@mgessnerlaw.com<br>
<i>Attorney for Plaintiff</i>