# EXHIBIT A

1     Q. When you say "on one of the days," what do you --
2 what do you mean by that? Do you not -- is it only certain
3 days where you're taking the medicine or is it every day?
4     A. There is -- if I took the medicine every single
5 day, it would put me in the grave. It is -- it is
6 excruciatingly painful. My body can -- I do it three or
7 four times a week. If I were to increase that amount and I
8 have sometimes because it doesn't work, it -- it -- I can't.
9 It knocks you out. It's like getting hit in the face by
10 Mike Tyson.
11     So what was the question? I lost my train of
12 thought?
13     Q. I think you answered it.
14     So in terms of taking it three or four times a
15 week, are there certain days that you always take it on,
16 like day of the week, like you always take it on a Monday,
17 for example, or is it --
18     A. There are days I try to --
19     Q. What are those days?
20     A. Currently?
21     Q. Yes.
22     A. It depends. So this is variable. So again, it's
23 all -- I have to plan, so if I have to go fly somewhere,
24 it's going to change. But right now, this week, Monday,
25 Wednesday, Friday, which is why we're here on a Thursday.

1 work and be number one and be the dude that built this
2 business to 64 million and dominated everybody.  Let's just
3 be real clear.  I wanted to be back in the office.
4           I was working on a schedule.  I hired somebody to
5 help me get that done so that I wouldn't waste time dealing
6 with a bunch of people who weren't present so that I could
7 continue to crush everybody as it relates to production.
8 What don't you understand?  This is insulting questions.
9      Q.   So that wasn't answering my question.  My question
10 was the -- your team in El Segundo --
11     A.   I -- I answered the question I thought you asked.
12     Q.   Okay.  So your team members in El Segundo, were
13 they coming back into the office voluntarily before the --
14     A.   Based on that answer, I hope you would -- I hope
15 the obvious.  I hope that you would be able to incinu -- or
16 I don't know what the right verb -- I'm not being very
17 eloquent right now.  But yes, they were going back in.
18     Q.   Thank you.
19     A.   You're welcome.
20     Q.   And I don't think I actually asked this question
21 for John Templeton, but did you hear any negative comments
22 from him regarding your medical condition or your reasonable
23 -- or your accommodation request after you made the request?
24     A.   I think John -- again, John is a yes man, and
25 he's, you know, he's figured out, you know, how to cater to