UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-00160-FDW-SCR

| | |
|---|---|
| CHRISTOPHER JOHN BILLESDON, ) | |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| WELLS FARGO SECURITIES, LLC, ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court *sua sponte* as to the trial setting in this matter. Docket call was held on May 7, 2024, and a jury was selected, though not empaneled, with trial set to begin immediately following the close of a criminal trial. Because of the complexity and time remaining in the criminal trial presently before the Court, the anticipated trial time needed in this matter, and limited courtroom resources, the Court continues trial in this matter to the mixed trial term of July 8–19, 2024, with Docket Call on July 8, 2024. The Clerk is respectfully asked to release the jurors selected in this matter.

The Court will entertain a jointly filed Motion to Continue only after the parties confer and present three mutually agreeable dates for trial.

**IT IS SO ORDERED.**

Signed: May 10, 2024

Frank D. Whitney
United States District Judge

1