UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No.: 3:23-cv-160-FDW

| | |
|---|---|
| **CHRISTOPHER JOHN BILLESDON**, <br><br> Plaintiff, <br><br> v. <br><br> **WELLS FARGO SECURITIES, LLC,** <br><br> Defendant. | **PLAINTIFF'S REVISED EXHIBIT LIST** |

    Plaintiff, by and through the undersigned counsel, submits his revised and supplemented trial Exhibit List attached hereto as Exhibit A. Plaintiff reserves the right to supplement as needed.

    Plaintiff, and his counsel, have been falsely accused of removing or editing Defendant's Stipulations and/or objections on Plaintiff's Exhibit 5, 54 and WF Publicly Available information. [Doc. No. 108]. This is absurd and could not be further from the truth. Such false accusations by defense counsel is the exact type of behavior that Judge Rodriguez cautioned defense counsel about in January during a hearing. A simple phone call or email to Plaintiff's counsel could have easily cleared up the clear scrivener's error defense counsel attempts to use as something nefarious. Yet, not a single communication was attempted on this issue prior to Defendant's Motion. Plaintiff's counsel simply copied from Defendant's word document into excel and the 3 items were removed. Nonetheless, the three minor scrivener's errors have been corrected herein with Plaintiff's supplemental list.

1

Respectfully submitted this 19th day of July, 2024.

>/s/ L. Michelle Gessner
> L. Michelle Gessner, NCSB#26590
> GESSNERLAW, PLLC
> 602 East Morehead Street
> Charlotte, North Carolina 28202
> Tel: (704) 234-7442; Fax: (980) 206-0286
> Email: michelle@mgessnerlaw.com
> *Attorney for Plaintiff*