FILED
Charlotte, NC
JUL 26 2024
Clerk, US District Court
Western District NC

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-00160-FDW-SCR

| | |
|---|---|
| CHRISTOPHER JOHN BILLESDON,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO SECURITIES, LLC,<br><br>Defendant. | VERDICT FORM |

We, the jury, return as our unanimous verdict the following answers to the issues submitted:

**ISSUE ONE:**

1. Is Defendant Wells Fargo liable under the Americans with Disabilities Act for terminating Plaintiff's employment because of his disability?

    ANSWER: __YES__

*If you answered "Yes" or "No" to Issue 1, then proceed to Issue 2.*

**ISSUE TWO:**

2. Is Defendant Wells Fargo liable under the Americans with Disabilities Act for failing to provide a reasonable accommodation to Plaintiff Christopher Billesdon?

    ANSWER: __YES__

*If you answered "Yes" or "No" to Issue 2, then proceed to Issue 3.*

1

**ISSUE THREE:**

3. Is Defendant Wells Fargo liable under the Americans with Disabilities Act for unlawful retaliation against Plaintiff Christopher Billesdon?

    ANSWER: _YES_

*If you answered "Yes" or "No" to Issue 3, then proceed to Issue 4.*

**ISSUE FOUR:**

4. Is Defendant Wells Fargo liable under North Carolina state law for wrongful discharge of Plaintiff Christopher Billesdon?

    ANSWER: _YES_

*If you answered "Yes" to either Issue One, Two, Three, or Four, you shall proceed to Issue Five. If you answered "No" to Issue One, Two, Three, and Four you shall not answer any of the remaining issues.*

**ISSUE FIVE:**

5. What amount of compensatory damages, if any, is Plaintiff Christopher Billesdon entitled to recover?

    Back Pay:

    ANSWER: $ _6,000,000_

    Write Out Amount: _SIX MILLION_

    Front Pay:

    ANSWER: $ _14,000,000_

    Write Out Amount: _FOURTEEN MILLION_

Emotional Distress:

ANSWER: $ 100,000

Write Out Amount: ONE HUNDRED THOUSAND

*If you answered "Yes" to Issue Five, you shall proceed to Issue Six. If you answered "No" to Issue Five, you shall not answer any of the remaining issues.*

**ISSUE SIX:**

6. Is Defendant Wells Fargo liable to Plaintiff for punitive damages under the Americans with Disabilities Act?

ANSWER: YES

*If you answer Issue Six "Yes," you shall proceed to answer Issue Seven. If you answer Issue Six "No," you shall proceed to Issue Seven.*

**ISSUE SEVEN:**

7. What amount of punitive damages, if any, is Plaintiff Christopher Billesdon entitled to recover under the Americans with Disabilities Act?

ANSWER: $ ~~20,000,000~~ 1,000,000

Write Out Amount: ~~TWO MILLION~~ ONE MILLION

**ISSUE EIGHT:**

8. Is Defendant Wells Fargo liable to Plaintiff for punitive damages under North Carolina state law?

   ANSWER: __YES__

*If you answer Issue Eight "Yes," you shall proceed to answer Issue Nine. If you answer Issue Eight "No," you shall not answer Issue Nine.*

**ISSUE NINE:**

9. What amount of punitive damages, if any, is Plaintiff Christopher Billesdon entitled to recover under North Carolina state law?

   ANSWER: $ __1,000,000__

   Write Out Amount: __ONE MILLION__

Dated this __26th__ day of July, 2024.