# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Christopher John Billesdon**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:23-cv-00160-FDW-SCR |
| | ) | |
| vs. | ) | |
| | ) | |
| Wells Fargo Securities, LLC**,** | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court at trial and a verdict having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Jury's July 26, 2024 Verdict.

July 29, 2024

_Katherine Hord Simon, Clerk_
United States District Court