IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:23-cv-160-FDW-SCR

| | |
|---|---|
| CHRISTOPHER JOHN BILLESDON, ) ) Plaintiff, ) ) v. ) ) WELLS FARGO SECURITIES, LLC, ) ) Defendant. ) | **ORDER** |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Terri L. Chase and Hashim M. Mooppan]" (Doc. Nos. 112 & 113) filed August 20, 2024. For the reasons set forth therein, the Motions will be granted.[1]

All counsel are advised that local counsel must sign all documents submitted to the Court and as such are accountable for the substance of such submissions under Rule 11 of the Federal Rules of Civil Procedure.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel and to the Honorable Frank D. Whitney.

Signed: August 21, 2024

**SO ORDERED.**

Susan C. Rodriguez
United States Magistrate Judge

---

[1] Although the Motions reflect that they are opposed, subsequent to filing them, defense counsel forwarded to chambers staff an email thread commemorating Plaintiff's non-opposition.